# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7047 | MAIN (914) 347-2600 | FAX (914) 347-8898
Lisa M. Rolle | Partner | lrolle@tlsslaw.com

February 9, 2021

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge for the
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007-1312

| | | |
|---|---|---|
| Re: | Matter : | *Damon Miller v. Ryan Schunemann, et al.* |
| | Docket No. : | 20-cv-9039 |
| | TLSS File No.: | 3373.0030 |

Dear Judge McMahon:

We represent Defendant Air Contact Transport in connection with the above referenced matter.

This afternoon, we electronically filed a letter to the Court (document #4), along with a copy of a police report, of which we inadvertently failed to redact personal information. We have since been in contact with the ECF Help Desk Clerk, who advised that they would put this document under seal due to the personal information. Accordingly, we are requesting that the Court order that ECF Document # 4 remain under seal.

Thank you for your courtesy in this matter, and we apologize for the inconvenience.

Respectfully submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

*Lisa M. Rolle*
Lisa M. Rolle

[Handwritten annotations:] 2/10/2021 — The document (#4) is sealed. Please redact personal information and file a redacted version, not under seal. The letter #5 is not properly sealed and should be filed publicly. Only the unredacted attachment should be sealed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/21

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
CALIFORNIA

www.traublieberman.com