| | | |
|---|---|---|
| **GUY C. GRUENBERG**<br>(1965 - 2009)<br><br>**SEAN P. KELLY**<br>**MICHAEL L. DELLA**<br><br>**JESSICA E. VERTULLO**<br>(MANAGING ATTORNEY) | **GK GRUENBERG KELLY DELLA**<br>ATTORNEYS AND COUNSELORS AT LAW<br>WWW.NEWYORKLAWGROUP.COM<br>700 KOEHLER AVENUE • RONKONKOMA • NEW YORK 11779<br>888.LAW.GROUP (888.529.4768) • PHONE: 631.737.4110<br>FAX: 631.737.4155 • EMAIL: INFO@GKNYLAW.NET<br>OTHER LOCATIONS: GRIFFING AVE., RIVERHEAD • PARK AVE., HUNTINGTON<br>N. BROADWAY, JERICHO • WATER STREET, BROOKLYN | **GLENN AULETTA**<br>(SENIOR TRIAL COUNSEL)<br><br>**CHRISTOPHER PAGANO**<br>**FRANK BRAUNSTEIN**<br>**THERESA J. VIERA**<br>**JOSEPH N. TIMPANARO**<br>**EVA L. KENNEDY**<br>**ALYSSA IULIANO**<br>**VINCENT PARADISE** |

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/23/2022]*

February 14, 2022

*[Handwritten notations: 2/22/22, Submit proposed order]*

Via ECF
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Attn: Honorable Justice McMahon

                                               Re:      1:20-cv-09039-CM-JLC
                                                             Our Client: Damon Miller
                                                             Date of Accident: August 13, 2019
                                                             <u>Our File No.: 190315</u>

Dear Honorable Judge McMahon:

       This office represents the plaintiff in this personal injury action stemming from an auto accident on August 13, 2019 that involved three (3) vehicles on the southbound Bruckner Expressway, including a tractor-trailer and a box truck.

       Previously, on 1/5/22, your Honor granted plaintiff's letter motion for extension of time to execute service of a critical non-party witness subpoena upon, Keith Taylor, with specific instructions not to wait until the 59th day to serve the witness.

       The witness was served, via substitute service upon his mother Jerrie Taylor, on 1/22/23 to appear for his virtual deposition on Monday, February 14, 2022 (See Exhibit "1", affidavit of service). Following service, this office made numerous attempts to confirm the witness' appearance at the scheduled deposition. We conducted an investigation search for the mother address, which revealed phone numbers and email addresses. Upon making attempted phone calls, the phone numbers used were not Jerrie Taylor. All emails, expect for one, were returned "undelivered" (see Exhibit "2", attached hereto). The single email that was not returned, and thus can be assumed to be delivered was the email address to ktaylor5771@yahoo.com (See Exhibit "3", attached hereto).

       Today, the non-party witness, Keith Taylor, failed to appear for his deposition, despite proper service.

Thus, plaintiff is seeking to enforce the validly served subpoena upon non-party witness, Keith Taylor, by requesting an Order from this Court directing Keith Taylor to appear for a deposition, pursuant to FRCP 45.

Very truly yours,

Glenn Auletta, Esq.

# EXHIBT 1

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Index No.: 1:20-CV-09039-CM
Filed On:

DAMON MILLER

**AFFIDAVIT OF SERVICE**

-against-

RYAN SHUNEMANN ET.AL

STATE OF N J, COUNTY OF: Middlesex : (Process Server): Steven Franks
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of PA.
That on 1-15-22, at 2:23 am/pm at 4208 TWIN OAKS COURT, MONMOUTH JUNCTION, NJ 08852 I served the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION bearing Index # 1:20-CV-09039-CM and filed date upon KEITH TAYLOR,

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
by delivering thereat _____ true copy(ies) of each to (name)_____
(capacity)_____, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on (date) _____.

[ ] **DESCRIPTION**
Sex: ____; Color: ____; Hair: ____; Approx. Age: ____; Approx. Height: ____; Approx. Weight: ____;
Other: _____

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[X] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):
Ex-wife of Keith Taylor- Said he is no longer living here. Now lives at 805 Royal Oaks, Monmouth Jct NJ

Sworn to before me on: 1-19-2022

KAREN M SMITH
Notary Public - State of New Jersey
My Commission Expires Oct 19 2022

Signature of Process Server

Gruenberg Kelly Della
700 Koehler Avenue
RONKONKOMA, NY 11779
Phone: (631) 737-4110
File No. TAYLOR

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS809284)EFF 1099439>

THE STATE OF NEW YORK
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Index No.: 1:20-CV-09039-CM
Filed On:

**DAMON MILLER**

**AFFIDAVIT OF SERVICE**

-against-

**RYAN SHUNEMANN ET.AL**

---

STATE OF **NJ**, COUNTY OF: **Middlesex** : (Process Server): **Steven Franks**, being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of **PA**.
That on **1-22-22**, at **518** am/pm at 805 ROYAL OAK CT, MONMOUTH JUNCTION, NJ 08852 I served the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION bearing Index # 1:20-CV-09039-CM and filed date upon KEITH TAYLOR,

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
by delivering thereat _____ true copy(ies) of each to (name)_____,
(capacity)_____, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[X] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name) **Jerrie Taylor**
(relationship) **Mother** who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[X] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of **NJ** on (date) **1-25-22**

[X] **DESCRIPTION**
Sex: **F** ; Color: **BLK** ; Hair: **BLK** ; Approx. Age: **70** ; Approx. Height: **5'6"** ; Approx. Weight: **170**
Other: _____

[X] **WITNESS FEE**
Deponent tendered to the recipient $ **40.00** as traveling expenses, witness fee or other statutory fee.

[X] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

Sworn to before me on **January 26 2022**

ZULEYHA MAQSUDI
Commission # 50028465
Notary Public, State of New Jersey
My Commission Expires
December 16, 2025

Signature of Process Server

Gruenberg Kelly Della
700 Koehler Avenue
RONKONKOMA, NY 11779
Phone: (631) 737-4110
File No. TAYLOR

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS809284)EFF 1100053>

# EXHIBT 2

# Gauletta@gknylaw.net

| | |
|---|---|
| **From:** | Gauletta@gknylaw.net |
| **Sent:** | Wednesday, February 9, 2022 11:16 AM |
| **To:** | 'jcnsty@aol.com'; 'joelinda@yahoo.com' |
| **Cc:** | Bonkoski, Amanda (abonkoski@gknylaw.net); mdella@gknylaw.net |
| **Subject:** | URGENT - Legal matter - Keith Taylor 2/14/22 deposition |
| **Attachments:** | 190315 Subpoena Affidavit of Service of Subpoena Taylor, Keith GRUENBERG KELLY DELLA 02-09-2022.pdf |
| **Importance:** | High |
| **Categories:** | Attached to SA |
| **SA:** | -1 |

Dear Mr. Taylor,

My name is Glenn Auletta from the law firm of Gruenberg Kelly Della.

On 1/22/22, our process served your mother with a subpoena for your son to appear for a virtual deposition (see attached affidavit of service) to provide testimony regarding an accident that occurred on 8/13/19. The deposition is set for this Monday, February 14, 2021.

The federal judge on this matter in not likely to take your non-appearance at this deposition lightly.

Please call us or email us so that we can send you this Zoom link for the deposition.

Thank you.


Glenn Auletta, Esq.
Senior Trial Counsel
Gruenberg Kelly Della
700 Koehler Avenue
Ronkonkoma, New York 11779
(Tele) 631-737-4110
(Fax) 631-737-4155
gauletta@gknylaw.net
www.newyorklawgroup.com



This electronic message transmission contains information that is PRIVILEGED AND CONFIDENTIAL including information protected by the ATTORNEY-CLIENT PRIVILEGE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately at (631) 737-4110 or info@gknylaw.net. No e-mail shall be deemed notice of any activity, filing, or communication unless and until it is confirmed by an answering e-mail to the writer.

All e-mail to Gruenberg Kelly Della, or any individual thereat, should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Gruenberg Kelly Della does not accept service by e-mail.

```
```

If this e-mail relates to a claimed client loan or lien, Gruenberg Kelly Della does not accept notice of client loans or liens by e-mail. Notice of a client loan or lien, along with an acknowledgement signed by the client, must be sent to Gruenberg Kelly Della at 700 Koehler Avenue, Ronkonkoma, NY 11779 by regular mail, certified mail, registered mail, or overnight mail.

# Gauletta@gknylaw.net

| | |
|---|---|
| **From:** | Mail Delivery System <mailer-daemon@perfora.net> |
| **Sent:** | Wednesday, February 9, 2022 11:16 AM |
| **To:** | Gauletta@gknylaw.net |
| **Subject:** | Mail delivery failed: returning message to sender |

This message was created automatically by mail delivery software.

A message that you sent could not be delivered to one or more of its recipients. This is a permanent error.

The following addresses failed:

jcnsty@aol.com:
SMTP error from remote server for TEXT command, host: mx-aol.mail.gm0.yahoodns.net (98.136.96.93) reason: 552 1 Requested mail action aborted, mailbox not found


joelinda@yahoo.com:
SMTP error from remote server for TEXT command, host: mta6.am0.yahoodns.net (67.195.204.73) reason: 554 30 Sorry, your message to joelinda@yahoo.com cannot be delivered. This mailbox is disabled (554.30).


--- The header of the original message is following. ---

Received: from GKDPC22 ([75.99.70.114]) by mrelay.perfora.net (mreueus004
 [74.208.5.2]) with ESMTPSA (Nemesis) id 1MI55X-1nVIRq1ZVn-00F86f; Wed, 09 Feb
 2022 17:16:09 +0100
From: <Gauletta@gknylaw.net>
To: <jcnsty@aol.com>,
        <joelinda@yahoo.com>
Cc: "Bonkoski, Amanda" <abonkoski@gknylaw.net>,
        <mdella@gknylaw.net>
Subject: URGENT - Legal matter - Keith Taylor 2/14/22 deposition
Date: Wed, 9 Feb 2022 11:16:08 -0500
Message-ID: <03c301d81dd0$592994d0$0b7cbe70$@gknylaw.net>
MIME-Version: 1.0
Content-Type: multipart/mixed;
        boundary="----=_NextPart_000_03C4_01D81DA6.7056C120"
X-Priority: 1 (Highest)
X-MSMail-Priority: High
X-Mailer: Microsoft Outlook 16.0
Thread-Index: Adgd0EhIX9Qs6KotQYK9Ds4cbFD3CQ==
Importance: High
Content-Language: en-us
X-MS-TNEF-Correlator:
0000000048B406EE744C0B43AF8B66286DAA4CED0700C3B68E10F77511CEB4CD00AA00BBB6E600000000000D000083
4B10ADF8F267408C32EFA9E311364000000000854D0000
X-Provags-ID: V03:K1:uuetyT3Mhsqi5aQRzP/Wz7PAej3Hs6eP1W4/z2IGH+LcbJLg8EF
 KytKnINN/+1hEissAHxBTK6GHn8XevzXp2DxvD/B2kBJeeMo2qjLu09MRHIqziWl1Onopl5

1

cFBqUNL2d0QCqAJouMSc4s/aC/BPYuIxkHo9GrPzCyTh2YCNid/v5AdkaYXqKgWQSZBRQiD
Yi6uryfmGMgyz5cJJMoMw==
X-Spam-Flag: NO
X-UI-Out-Filterresults: notjunk:1;V03:K0:to/AUIcqOhw=:GAFfs7FLF9kPNHCiQCIWeV
VKM9OGMYR6zv/gF9KImgzxadBORDS12BhdtuGGJNJ4QTieIHLyWhSX/J7DIXeXskIVvDAYnq1
0oJliGISJ75SZOT2lITZMMqd+WJUdUGZNXUaYS5jHyVYx//3yJDCPs7rdhH6l9PDYQgwKzehn
plBzvuRO3M0cy7haVBRa7/9wblrN6v4aATPRQeS9JWWGy6X1KXmpHx+5ZkvPghtn3RHPy0AZo
eSQMbJIRY/NWoB/75Is4u5tJnoN5Arzh/tY0uxzrFTg/yT2JKHZVINO6KdJi3epPkBifp+O5u
rGtp4qv5IWc8/67veuHMdZfLMVhGFL9N9ekaZvCZhetOeawrD4GwLOZ889aImMTfmZOhHIPpA
FKGe8V2mVxf7oq7UP+508m1IJ6NbIhuNeFDuxoTKaMRjQW89YB7H2tVXO1c8HnEwJ+Xe7BVcX
gAoZcoJEFwdTcKAPN6KH5WbdPWMPckLUha/Y72LjuUC5ECI8XfpP8cnxVqFnVgtKVUj97hpZZ
ysP9aNAXNAO+oK9WkSsyB9u+NDUmptAs9ShDcRa12gbcdRgnWpEWD9QgIhgN8fOUNdRAuD7jS
sFbmZSkVO0rUF9+b5VB2aleYhprfzcgR8EjHzyFFIMbNzS+CnVb7Wfa0QXhZkHNweNu7G+dTw
PNEJ8i2V9QgEvzQT58mg2Hi9c1f8921X1Vhpxt6sUfelQ/P/RnsKgeijEgrwtXgBgRSyAIE/N
lsOhySAUZNcNe0t7x+iQ8nprryVt+NAAZlgcasJMtNan3gDrYAMZFXc/s4c=

Exhibit 3

# Gauletta@gknylaw.net

| | |
|---|---|
| **From:** | Gauletta@gknylaw.net |
| **Sent:** | Wednesday, February 9, 2022 11:14 AM |
| **To:** | 'ktaylor5771@yahoo.com' |
| **Cc:** | Bonkoski, Amanda (abonkoski@gknylaw.net); mdella@gknylaw.net |
| **Subject:** | URGENT - Legal matter - Keith Taylor 2/14/22 deposition |
| **Attachments:** | 190315 Subpoena Affidavit of Service of Subpoena Taylor, Keith GRUENBERG KELLY DELLA 02-09-2022.pdf |
| **Importance:** | High |
| **Categories:** | Attached to SA |
| **SA:** | -1 |

Dear Mr. Taylor,

My name is Glenn Auletta from the law firm of Gruenberg Kelly Della.

On 1/22/22, our process served your mother with a subpoena for your son to appear for a virtual deposition (see attached affidavit of service) to provide testimony regarding an accident that occurred on 8/13/19. The deposition is set for this Monday, February 14, 2021.

The federal judge on this matter in not likely to take your non-appearance at this deposition lightly.

Please call us or email us so that we can send you this Zoom link for the deposition.

Thank you.

Glenn Auletta, Esq.
Senior Trial Counsel
Gruenberg Kelly Della
700 Koehler Avenue
Ronkonkoma, New York 11779
(Tele) 631-737-4110
(Fax) 631-737-4155
gauletta@gknylaw.net
www.newyorklawgroup.com



This electronic message transmission contains information that is PRIVILEGED AND CONFIDENTIAL including information protected by the ATTORNEY-CLIENT PRIVILEGE. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately at (631) 737-4110 or info@gknylaw.net. No e-mail shall be deemed notice of any activity, filing, or communication unless and until it is confirmed by an answering e-mail to the writer.

All e-mail to Gruenberg Kelly Della, or any individual thereat, should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Gruenberg Kelly Della does not accept service by e-mail.

If this e-mail relates to a claimed client loan or lien, Gruenberg Kelly Della does not accept notice of client loans or liens by e-mail. Notice of a client loan or lien, along with an acknowledgement signed by the client, must be sent to Gruenberg Kelly Della at 700 Koehler Avenue, Ronkonkoma, NY 11779 by regular mail, certified mail, registered mail, or overnight mail.

2