# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7035 | MAIN (914) 347-2600 | FAX (914) 347-8898
Nicole A. Boeckle | Associate | nboeckle@tlsslaw.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 12/12/2022*

December 8, 2022

**VIA ECF**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement: 12/12/22 Will not be in effect for settle — MEMO ENDORSED — Colleen McMahon]*

| RE | Matter | : | Damon Miller v. Blue Diamond Transportation, et al. |
|---|---|---|---|
|  |  |  | Civil Case Number 1:20-CV-09039-CM |
|  | D/L | : | August 13, 2019 |
|  | TLSS File No. : | | 3373.0030 |

Dear Hon. Judge McMahon:

This firm represents Defendant Air Contact Transport, Inc. in the above-referenced action. Please allow this to serve as a joint request from all parties to adjourn the pre-trial conference date of January 5, 2023, and the trial date of January 17, 2023, issued by your honor on December 7, 2022.

The parties have scheduled a mediation in this matter for January 13, 2023.[1] In light of the mediation, all parties are requesting an adjournment of the pre-trial conference to February 10, 2023, February 14, 2023, February 15, 2023, or February 16, 2023, and an adjournment of the trial date to March 6, 2023. The additional time will allow the parties to prepare for trial should the matter not settle at the scheduled mediation on January 13, 2023. The parties are seeking to focus time, energy, and resources on the resolution of the matter at mediation.

Very truly yours,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

*Nicole A. Boeckle*

Nicole A. Boeckle

cc: *All parties via ECF*

---

[1] The parties scheduled the private mediation approximately 6 months ago. Since it will be in person, the earliest date given by the mediator was January 13, 2022.

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
CALIFORNIA

www.traublieberman.com